IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:17-CV-31 |
| | : | |
| ALLEGHENY COLLEGE, | : | |
|     Defendant. | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR PERMISSION TO PROCEED UNDER PSEUDONYM**

Plaintiff respectfully requests permission to proceed under the pseudonym "John Doe" for the reasons set forth more fully in the accompanying Memorandum of Law in Support of Motion to Proceed Under Pseudonym and for Protective Order.

Respectfully submitted,

Dated: February 3, 2017         By: /s/Paul J. Susko
    Paul J. Susko
    PA Supreme Ct. ID No. 25995
    502 Parade Street
    Erie, PA 16507
    (814) 455-7612
    paul@ksslawfirm.com

    /s/J. Timothy George
    J. Timothy George
    PA Supreme Ct. ID No. 67107
    2525 West 26th Street, Suite 200
    Erie, PA 16506
    (814) 833-7100
    tim@purchasegeorge.com

    Attorneys for Plaintiff, John Doe