# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:17-CV-31 |
| | : | |
| ALLEGHENY COLLEGE, | : | |
|     Defendant. | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiff's Motion for Permission to Proceed Under Pseudonym, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Permission to Proceed Under Pseudonym and for Protective Order and any responses thereto, it is hereby ORDERED that said Motion is GRANTED and that Plaintiff is permitted to proceed in the above action under the pseudonym "John Doe."  IT IS FURTHER ORDERED that access to his actual identity in connection with this matter shall be limited only to this Court and the Defendant, Allegheny College.

BY THE COURT:

_____
J.